UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CODY EPPS,<br><br>    Plaintiff,<br><br>    v.<br><br>GENESIS CREDIT MANAGEMENT,<br><br>    Defendant. | No. 2:16-cv-00267-SAB<br><br>**ORDER DISMISSING ACTION** |

On July 25, 2017, the parties filed a Notice of Stipulated Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(ii), ECF No. 5. The parties stipulate that the above-captioned case should be dismissed with prejudice and without costs or attorney fees to either party.

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned case is **DISMISSED with prejudice**, and without costs or attorney fees to either party.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and close the file.

**DATED** this 25th day of July 2017.



                  Stanley A. Bastian
                  United States District Judge

**ORDER DISMISSING ACTION ~** 1